# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DANA LEIGH**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO.: 1:12CV00126 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Dana Leigh's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 8th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE